UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LITTLE CAESAR ENTERPRISES, INC., LC TRADEMARKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> WALTERS INVESTMENTS, INC., MARY GAUDET, <br><br> Defendants. | 2:19-CV-11813-TGB <br><br><br> ORDER <br><br><br> HONORABLE TERRENCE G. BERG |

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 17th day of October, 2019.

                         BY THE COURT:

                         /s/Terrence G. Berg
                         TERRENCE G. BERG
                         United States District Judge